# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA BOLYARD,<br><br>          Plaintiff,<br><br>     v.<br><br>WALGREENS BOOT ALIANCE, INC.,<br><br>          Defendant. | Old Case No. 1:24-cv-001112-KES-EPG<br>New Case No. 1:24-cv-001112-JLT-SAB<br><br>ORDER RELATING CASES AND REASSIGNING DISTRICT JUDGE AND MAGISTRATE JUDGE |
| OLABISI BODUNDE,<br><br>          Plaintiff,<br><br>     v.<br><br>WALGREENS BOOT ALLIANCE, INC.,<br><br>          Defendant. | Case No. 1:24-cv-00985-JLT-SAB<br><br>ORDER RELATING CASES |

Pursuant to Local Rule 123, the Court finds that the above-captioned actions are related under this Court's Local Rule 123 to the following matter: *Navarro v. Target Corp.*, Civil Case No. 1:24-cv-00280-JLT-SAB. The actions involve overlapping parties, properties, claims, events and/or questions of fact or law. Accordingly, assignment of the actions to the same district judge

1

and magistrate judge will promote convenience, efficiency, and economy for the Court and parties. An order relating cases under Local Rule 123 merely assigns them to the same district judge and magistrate judge, and no consolidation of cases is affected.

Based on good cause, this Court **ORDERS** that the above-captioned actions be reassigned as necessary to the dockets of U.S. District Judge Jennifer L. Thurston and U.S. Magistrate Judge Stanley A. Boone. Going forward, all documents shall bear the new case numbers indicated above.

IT IS SO ORDERED.

Dated:   **September 26, 2024**

UNITED STATES DISTRICT JUDGE